

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 200 WEST 8TH STREET
### AUSTIN, TEXAS 78701

**LEE YEAKEL**
DISTRICT JUDGE

TELEPHONE:
(512) 916-5756

June 18, 2006

Hon. Ortrie D. Smith
Chair, Judicial Conference of the United States
      Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 25044

FINANCIAL DISCLOSURE OFFICE   2006 JUL -5 P 3:31   RECEIVED

    Re: Your Letter of June 13, 2006

Dear Judge Smith:

    Per your request, the information on the trust is as follows:

1. Federated Treasury Obligation Institutional Fund #68 (Mutual Fund)
   A    Dividend   D   T
2. U.S. Treasury Note (Note)
   A    Interest    E   T
3. Federal Home Loan Bank (Note)
   A    Interest    E   T
4. Federal Home Loan Bank (Note)
   A    Interest    E   T
5. Denton, Texas ISD-PSF (Bond)
   A    Interest    D   T

    This letter is provided in triplicate, as you requested. I fourth copy is also inclosed. Please return it, filemarked, in the enclosed self-address and stamped envelope.

Yours very truly,



Lee Yeakel

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Yeakel III, Earl L | 2. Court or Organization District Court, W.D. Texas | 3. Date of Report 05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address United States Courthouse 200 West 8th Street Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee & Vice President | Theodore Roosevelt Association |
| 2. Trustee | Austin Rotary Club Foundation |
| 3. Director | Rotary Club of Austin |
| 4. Member | University of Texas Longhorn Foundation Advisory Council |
| 5. Member | Texas Commission on Uniform State Laws |
| 6. Member | National Conference of Commissioners on Uniform State Laws |
| 7. First Vice President | Moses Austin Chapter, Sons of the Republic of Texas |
| 8. President | Austin Chapter, The English-Speaking Union |
| 9. Member | Advisory Board, Austin Lawyers Chapter, The Federalist Society |
| 10. Counselor | Robert W. Calvert Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 A 9: 01

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | State Bar of Texas - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Intellectual Property Law Association | February 17-19 - San Jose California - "Town Meeting on Patent Reform" (Transportation, Meals, & Lodging) |
| 2. National Conference of Commissioners on Uniform State Laws | March 3-6 - Chicago, Illinois - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 3. State Bar of Texas | April 7 - Houston, Texas - "18th Annual Advanced Evidence & Discovery Course" (Transportation & Meals) |
| 4. National Conference of Commissioners on Uniform State Laws | May 4-8 - Chicago, Illinois - Meeting of Committee on Style (Transportation, Meals, & Lodging) |
| 5. State Bar of Texas | May 25-26 - San Antonio, Texas - "18th Annual Advanced Evidence & Discovery Course" (Transportation, Meals, & Lodging) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L | 05/12/2006 |

| | |
|---|---|
| 6. American Intellecual Property Law Association | June 8-9 - Washington, D.C. - "Patent Law Reform Conference" (Transportation, Meals, & Lodging) |
| 7. State Bar of Texas - Government Lawyers Section | June 24 - Dallas, Texas - Section Meeting (Transportation) |
| 8. George Mason University Law Foundation, Inc. | July 14-17 - Sedona, Arizona - "Religous Origins of Western Culture for Judges" Seminar (Transportation, Meals, & Lodging) |
| 9. National Conference of Commissioners on Uniform State Laws | September 7-11 - Chicago, Illinois - Meeting of Committee on Style (Transportation, Meals, & Lodging) |
| 10. Houston Intellectual Property Law Association | October 7 - Galveston, Texas - "Intellectual Property Law Seminar" (Transportation & Meal) |
| 11. National Conference of Commissioners on Uniform State Laws | October 27-30 - Mesa, Arizona - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 12. The Brookings Institute | November 2-5 - Washington, D.C. - "The Law & Economics of Punishing Corporate Misconduct" Seminar (Transportation, Meals, & Lodging) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Prosperity Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BA Common Stock | A | Dividend | K | T | | | | | |
| 2. SCH Common Stock | A | Dividend | J | T | | | | | |
| 3. CVX Common Stock | B | Dividend | K | T | | | | | |
| 4. C Common Stock | A | Dividend | K | T | Merger | 8/17 | J | | |
| 5. DELL Common Stock | | None | L | T | | | | | |
| 6. XOM Common Stock | A | Dividend | J | T | | | | | |
| 7. F Common Stock | A | Dividend | J | T | | | | | |
| 8. INTC Common Stock | A | Dividend | J | T | | | | | |
| 9. JPM Common Stock | A | Dividend | J | T | | | | | |
| 10. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 11. PDC Common Stock | | None | | | Sold | 4/8 | J | B | |
| 12. RG Common Stock | A | Dividend | J | T | | | | | |
| 13. Royal Dutch Shell PLC Common Stock-See Note | B | Dividend | K | T | | | | | |
| 14. LUV Common Stock | A | Dividend | L | T | | | | | |
| 15. SPND.OB Common Stock | | None | J | T | | | | | |
| 16. UCL Common Stock | A | Dividend | | | Sold | 8/17 | J | A | |
| 17. VIAb Common Stock | A | Dividend | | | Sold | 12/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VZ Common Stock | A | Dividend | | | Sold | 3/9 | J | B | |
| 19. Blockbuster, Inc. Class A Common Stock | A | Dividend | | | Merger | 10/13 | J | | |
| 20. Blockbuster, Inc. Class A Common Stock | | | | | Sold | 12/12 | J | A | |
| 21. Blockbuster, Inc. Class B Common Stock | A | Dividend | | | Merger | 10/13 | J | | |
| 22. Blockbuster, Inc. Class B Common Stock | | | | | Sold | 12/12 | J | A | |
| 23. DIS Common Stock | | None | J | T | | | | | |
| 24. AIM Technology Fund - Class A (Mutual Fund) | | None | J | T | | | | | |
| 25. FBGRX Mutual Fund | A | Dividend | K | T | | | | | |
| 26. FHKCX Mutual Fund | A | Dividend | J | T | | | | | |
| 27. FTEXX Mutual Fund | A | Dividend | K | T | | | | | |
| 28. FGRXX Mutual Fund | A | Dividend | J | T | | | | | |
| 29. VWITX Mutual Fund | A | Dividend | J | T | | | | | |
| 30. VMMXX Mutual Fund | A | Dividend | K | T | Sold Part | 7/20 | J | A | |
| 31. VMMXX Mutual Fund | | | | | Bought | 8/4 | J | A | |
| 32. VMMXX Mutual Fund | | | | | Sold Part | 11/16 | J | A | |
| 33. VMMXX Mutual Fund | | | | | Sold Part | 12/29 | J | A | |
| 34. JP Morgan Chase Bank (Savings) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Chase Bank (Checking) | A | Interest | | | Closed Acc't | 6/20 | J | A | |
| 36. Prosperity Bank (CD) | B | Interest | L | T | | | | | |
| 37. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 38. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 39. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 40. Wells Fargo Bank (Savings) | D | Interest | M | T | | | | | |
| 41. Anne Riquelmy Yeakel Irrevocable Trust | B | Distribution | L | T | | | | | |
| 42. Calamos Growth & Income - A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 43. American Balanced (Mutual Fund) | B | Dividend | K | T | | | | | |
| 44. Kopp Emerging Growth Fund Class A (Mutual Fund) | | None | | | Sold | 6/22 | K | A | |
| 45. William Blair Small Cap Growth Fund (Mutual Fund) | | None | J | T | Bought | 6/22 | J | | |
| 46. IShares TR S&P Small Cap 600 Index (Mutual Fund) | A | Dividend | K | T | Bought | 6/22 | K | | |
| 47. Thonberg Investment Inc. Builder A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 48. FPA Capital (Mutual Fund) | A | Dividend | L | T | | | | | |
| 49. Scudder Dreman High Return Equity Fund Class A (Mutual Fund | A | Dividend | L | T | | | | | |
| 50. Tamarack Investment Funds Prime Money Market (Mutual Fund) | A | Dividend | K | T | Sold Part | 7/20 | J | A | |
| 51. Tamarack Investment Funds Prime Money Market (Mutual Fund) | | | | | Bought | 4/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tamarack Investment Funds Prime Money Market (Mutual Fund) | | | | | Sold Part | -4/11 | K | A | |
| 53. Brownwood TX ISD GO Bond (Tax Exempt Bond) | A | Interest | K | T | Bought | 4/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Item 13. Royal Dutch Petroleum Company, reported on my 2004 Financial Disclosure as RD common stock, reorganized in 2005 as Royal Dutch Shell PLC, with the shares in the current company being exchanged for shares in the prior company. I neither bought nor sold any shares of either RD or Royal Dutch PLC in 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 12, 2006_

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544